UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOUGLAS WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZZARRAGA,<br><br>　　　　　Respondent. | No.  2:14-cv-1797 TLN DAD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 16) is granted.

2. Petitioner shall file and serve a traverse within thirty days of the date of this order.

Dated:  February 2, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
whit1797.111

1