IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOUGLAS WHITE,<br><br>   Petitioner,<br><br>  vs.<br><br>JOE LIZZARRAGA,<br><br>   Respondent. | Case №:2:14-cv-01797 JKS<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

  The court requested appointment of a new attorney for Petitioner for the purpose of conducting discovery on Petitioner's behalf and, if necessary, to represent Petitioner in an evidentiary hearing.

  CJA Panel attorney Benjamin P. Ramos is hereby appointed effective December 10, 2015, the date the Office of the Federal Defender first contacted him.

  The court, having reviewed Petitioner's motion to proceed in forma pauperis (Docket #2), grants this motion.

DATED: 1/11/2016

             /s/ James K. Singleton
             HON. JAMES K. SINGLETON
             United States District Court Judge