1 | Benjamin Ramos, State Bar No.:156643
705 E. Bidwell, Suite 2-359
2 | Folsom, CA  95630
Telephone: (916) 358-9842
3 | Facsimile: (916) 358-9843
Email: benjamin_ramos@comcast.net
4 | Attorney for Petitioner, MATTHEW WHITE

5 | Peter H. Smith, Deputy Attorney General
Attorney General's Office for the State of California
6 | Criminal/AWT
P.O. Box 944255
7 | 1300 I Street, Suite 1101
Sacramento, CA 94244-2550
8 | (916) 324-5114
Fax: (916) 324-2960
9 | Email: peter.smith@doj.ca.gov

Attorney for Respondent, JOE LIZARRAGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MATTHEW DOUGLAS WHITE, | Case No.: 2:14-cv-01797-JKS |
|---|---|
| Petitioner, | STIPULATION, PROPOSED BRIEFING SCHEDULE AND ORDER |
| vs. | |
| JOE LIZARRAGA. WARDEN, | |
| Respondent. | |

COMES NOW the parties to this action by and through their respective counsel (referred to collectively hereafter as counsel) and submit the proposed stipulation and briefing schedule in this matter as set forth below.

Pursuant to the Court's December 8, 2015 Memorandum Decision and Order, the parties to this action, through counsel, previously submitted a statement and discovery plan pursuant to Federal Rules of Civil Procedure, Rule 26(f). Pursuant to that plan, the parties have taken the depositions of San Joaquin County Deputy District Attorney, Jeffrey Conley and Michael Platt, Attorney at Law.

Counsel believe that in addition to the evidence in the record before the Court, the additional deposition testimony of Mr. Conley and Mr. Platt provide sufficient facts for the Court to rule on the pending ineffective assistance of counsel issue, i.e., whether Deputy District Attorney Conley made any 10-year plea-bargain offers to resolve the case to Mr. Platt, and whether Mr. Platt communicated those offers to petitioner.

Moreover, Mr. Conley's deposition testimony addressed the prejudice element of petitioner's claim and established that Mr. Conley had full, independent legal authority to settle the case, and he was not aware of a judge ever interfering with a settlement in his office in a drunk-driving case involving a fatality. Mr. Conley believed the settlement of this case on a 10-year plea would have been approved by the superior court.

Accordingly, counsel stipulate to submit this matter to the Court for decision based on the record and the additional deposition testimony and exhibits of Mr. Conley and Mr. Platt, unless the Court finds, after reviewing the briefs and evidence, that additional discovery or deposition testimony is necessary, in which case counsel agree to seek such additional discovery.

Counsel submit the following proposed briefing schedule:

Petitioner's opening brief due within 30 days of April 10, or by <u>May 10, 2016</u>;

Respondent's brief due within 30 days after that date, or by <u>June 10, 2016</u>;

Petitioner's reply brief due within 15 calendar days after the filing of respondent's brief.

The parties have also discussed the possibility of settlement, and Mr. Conley stated in his deposition that his office has "no opinion" concerning the possibility of settlement of this matter, but counsel for respondent has contacted San Joaquin County Chief Deputy District Attorney Scott Fichtner for his input regarding a settlement by retroactively offering the 10-year plea-bargain previously offered, and counsel are awaiting Mr. Fichtner's response.

Respectfully submitted,

Dated:  April 6, 2016           /s/  *Benjamin Ramos*
                                Benjamin Ramos, Attorney for Petitioner,
                                MATTHEW DOUGLASS WHITE

Respectfully submitted,

Dated: April 6, 2016            /s/ *Peter Smith*
                                Attorney for Respondent, JOE LIZARRAGA

<u>ORDER</u>

IT IS SO ORDERED.

Dated: April 20, 2016.          /s/  *James K. Singleton*
                                JAMES K. SINGLETON, JR.
                                UNITED STATES DISTRICT JUDGE