UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOUGLAS WHITE,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZZARRAGA, Warden,<br><br>Respondent. | No. 2:14-cv-1797-JKS-EFB<br><br><br><br>ORDER |

Petitioner White is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated June 24, 2016, United States District Judge James K. Singleton, Jr. referred this matter to the undersigned to hold an evidentiary hearing to determine: (1) whether trial counsel communicated the prosecution's plea bargain offer to resolve petitioner's criminal case for a 10-year sentence to White and/or whether the prosecutor communicated such an offer to White; and (2) whether White understood and rejected the offer. ECF No. 29.

Accordingly, IT IS ORDERED that an evidentiary will take place in Courtroom No. 8 (13th floor) on September 12-13, 2016, beginning at 9:30 a.m. each day, to determine the issues described in Judge Singleton's order, as set forth above.

DATED: July 27, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE