IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DOUGLAS WHITE,<br><br>Petitioner,<br><br>vs.<br><br>JOE LIZARRAGA. WARDEN,<br><br>Respondent. | Case No.: 2:14-cv-01797-JKS<br><br>**ORDER FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date: September 12 & 13, 2016<br>Time: 9:30 a.m.<br>Courtroom No.: 8 (13th Floor)<br>U.S. Eastern District Federal Courthouse,<br>Sacramento, California |

TO: WARDEN, MULE CREEK STATE PRISON, IONE, CA

Petitioner, MATTHEW DOUGLAS WHITE, petitioner in proceedings in the aforementioned case, is confined in Mule Creek State Prison, Ione, California, in the custody of the Warden. In order to secure this inmate's attendance at the Court-ordered evidentiary hearing on September 12 and 13, 2016, a Writ of Habeas Corpus ad Testificandum must issue commanding the custodian to produce the inmate in Federal

District Court, 13th Floor, Courtroom # 8, United States Courthouse, 501 "I" Street, Sacramento, California on September 12 and 13, 2016, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus Ad Testificandum on the institution currently housing petitioner. Mule Creek State Prison, PO Box 409060, Ione, CA  95640, Attention: Litigation Coordinator.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden Of Mule Creek State Prison, PO Box 409060, Ione, CA  95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

1  **FURTHER**, you have been ordered to notify the Court of any change in custody of the

2  inmate and have been ordered to provide the new custodian with a copy of this writ.

3

4  DATED:  August 4,  2016

5  _____
   HON. EDMUND F. BRENNAN
6  United States Magistrate Judge
   Eastern District of California